# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Index No.:

CHARLTON ADAMS,

Plaintiff,

-against-

HURRICANE EXPRESS, INC., and "JOHN DOE"
(name being fictitious) person more accurately described
in complaint herein,

Defendants.

Plaintiff designates
**BRONX**
County as the place of trial

The basis of venue is
Place of Occurrence

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of
your answer, or, if the complaint is not served with this summons, to serve a notice of appearance,
on the Plaintiff's Attorneys within 20 days after the service of this summons, exclusive of the day
of service (or within 30 days after the service is complete if this summons is not personally delivered
to you within the State of New York); and in case of your failure to appear or answer, judgment will
be taken against you by default for the relief demanded in the complaint.

Dated: Bronx, New York
       December 16, 2025

Jeffrey S. Stillman
**STILLMAN & STILLMAN P.C.**
Attorneys for Plaintiff
2622 East Tremont Avenue
Bronx, New York 10461
718-828-1400

**DEFENDANTS ADDRESSES:**

**HURRICANE EXPRESS,INC.**
5624 US-412,
West Siloam Springs, OK 74338

**"JOHN DOE"** (name being fictitious)
5624 US-412,
West Siloam Springs, OK 74338

**YOU SHOULD IMMEDIATELY BRING THESE DOCUMENTS TO YOUR
ATTORNEY OR INSURANCE COMPANY**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

CHARLTON ADAMS,

                            Plaintiff,

       -against-

HURRICANE EXPRESS, INC., and "JOHN DOE"
(name being fictitious) person more accurately described
in complaint herein,

                            Defendants.

**VERIFIED COMPLAINT**

Plaintiff complaining of the defendants by her attorneys, **STILLMAN & STILLMAN, P.C.**, respectfully shows to this Court and alleges:

1.    That at all times as stated herein, plaintiff **CHARLTON ADAMS** was and still is a resident of the City of Patterson, County of Passaic and State of New Jersey.

2.    That at all times as stated herein, upon information and belief, defendant **HURRICANE EXPRESS, INC.**, was and still is a domestic business corporation licenced to do business in the State of New York.

3.    That at all times as stated herein, upon information and belief, The George Washington Bridge specifically the upper level was and still is a public highway.

4.    That at all times as stated, Plaintiff **CHARLTON ADAMS** was the owner and operator of a 2011 Cadillac bearing New Jersey State License Plate No. C93RSL.

### AS FOR THE FIRST CAUSE OF ACTION
### ON BEHALF OF PLAINTIFF CHARLTON ADAMS

5.    That at all times as stated herein, upon information and belief, defendant

**HURRICANE EXPRESS, INC.,** was the owner of a truck bearing Oklahoma State License No. 3JP444.

6.     That at all times as stated herein, upon information and belief, defendant **HURRICANE EXPRESS, INC.,** was negligent in the ownership of a truck bearing Oklahoma State License No. 3JP444.

7.     That at all times as stated herein, upon information and belief, defendant **"JOHN DOE" (name being fictitious),** was the operator of a truck bearing Oklahoma State License No. 3JP444.

8.     That at all times as stated herein, upon information and belief, defendant **"JOHN DOE" (name being fictitious),** was negligent in the operation of a truck bearing Oklahoma State License No. 3JP444.

9.   That at all times as stated herein, upon information and belief, defendant **HURRICANE EXPRESS, INC.,** maintained a truck bearing Oklahoma State License No. 3JP444.

10.     That at all times as stated herein, upon information and belief, defendant **HURRICANE EXPRESS, INC.,** was negligent in the maintenance of a truck bearing Oklahoma State License No. 3JP444.

11.     That at all times as stated herein, upon information and belief, defendant **"JOHN DOE" (name being fictitious),** controlled a truck bearing Oklahoma State License No. 3JP444.

12.     That at all times as stated herein, upon information and belief, defendant **"JOHN DOE" (name being fictitious),** was negligent in the control of a truck bearing Oklahoma State License No. 3JP444.

13.     That on June 2, 2025, the truck bearing Oklahoma State License No. 3JP444 owned by defendant **HURRICANE EXPRESS, INC.,** and the vehicle operated by plaintiff **CHARLTON**

**ADAMS** a 2011 Cadillac bearing New Jersey State License Plate No. C93RSL came into contact with each other.

14.    That at all times as stated herein, upon information and belief, defendant **HURRICANE EXPRESS, INC.,** negligently entrusted the truck bearing Oklahoma State License No. 3JP444 to defendant **"JOHN DOE" (name being fictitious)** in that **HURRICANE EXPRESS, INC.,** possessed special knowledge concerning a characteristic or condition peculiar to defendant **"JOHN DOE" (name being fictitious)** that rendered his use of the vehicle unreasonably dangerous.

15.    That at all times as stated herein, upon information and belief, defendant **"JOHN DOE" (name being fictitious)** was the operator of the truck bearing Oklahoma State License No. 3JP444 owned by defendant **HURRICANE EXPRESS, INC.,** with knowledge, permission and consent of defendant owner **HURRICANE EXPRESS, INC.**

16.    That at all times as stated herein, upon information and belief, defendant **"JOHN DOE" (name being fictitious),** was the operator of the truck bearing Oklahoma State License No. 3JP444 while in the course of his/her employment.

17.    That at all times as stated herein, upon information and belief, defendant **"JOHN DOE" (name being fictitious),** was the operator of the truck bearing Oklahoma State License No. 3JP444 while in the course of his/her employment with defendant **HURRICANE EXPRESS, INC.**

18.    That on or about June 2, 2025, defendants as stated herein were negligent in the ownership, operation, maintenance and control of the motor vehicle specifically a truck stated herein, at the time and place stated herein.

19.    The limitations of CPLR Article 16 on liability of persons jointly liable does not apply to this case as defendants' liability is by their reason of the use, operation and/or ownership

Case 1:26-cv-04013-ER    Document 1-1    Filed 05/14/26    Page 6 of 9

of a motor vehicle or motorcycle as defined respectively in Vehicle and Traffic Law Sections 311 and 125.

20. Plaintiff **CHARLTON ADAMS** has sustained injury as defined in Subsection (d) of Section 5102 of the Insurance Law of the State of New York and/or Economic Loss greater than Basic Economic Loss as defined in Subdivision (a) of Section 5102 of the Insurance Law of the State of New York.

21. Plaintiff **CHARLTON ADAMS** is not required to show that he sustained a serious injury pursuant to Section 5102 of the Insurance Law of the State of New York as one or more defendants vehicles are not covered person/entity under Section 5102 of the Insurance Law of the State of New York.

22. That as a result of the negligence of the defendants as stated herein plaintiff **CHARLTON ADAMS** sustained serious, severe and permanent injuries and disabilities; pain and suffering and loss of enjoyment; was rendered sick, sore, lame and disabled; sustained severe mental anguish, nervous shock, great physical pain and loss of enjoyment of life; was compelled to obtain medical treatment and will be compelled to undergo further medical treatment for an undetermined amount of time, and has been damaged accordingly in such amount as exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction, or such amount as may be determined by a Court and/or Jury.

**WHEREFORE,** plaintiff **CHARLTON ADAMS** demands judgment against the defendant in the First Cause of Action in an amount as exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction or such amount as may be determined by a Court and/or jury.

Dated: Bronx, New York
December 16, 2025

Case 1:26-cv-04013-ER    Document 1-1    Filed 05/14/26    Page 7 of 9

Jeffrey S. Stillman
**STILLMAN & STILLMAN, P.C.**
Attorneys for Plaintiff
2622 East Tremont Avenue
Bronx, New York 10461
(718) 828-1400

Case 1:26-cv-04013-ER    Document 1-1    Filed 05/14/26    Page 8 of 9

STATE OF NEW YORK )
                  ) ss:
COUNTY OF BRONX   )

## INDIVIDUAL VERIFICATION

The undersigned, being duly sworn, deposes and says that the deponent is the plaintiff in the within action; that deponent has read the foregoing and knows the contents thereof; that the same are true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes them to be true.

✓ _Chrstn Adams_

Sworn to before me this 18th
day of December , 20 26 .

_____
NOTARY PUBLIC

CINDY REYES
Notary Public, State of New York
No.: 01RE6436310
Qualified In Bronx County
Commission Expires 7/11/20 26

**Law Offices Of**
**STILLMAN & STILLMAN, P.C.,** 2622 East Tremont Avenue, Bronx, New York 10461

Case 1:26-cv-04013-ER   Document 1-1   Filed 05/14/26   Page 9 of 9

**SUPREME COURT OF STATE OF NEW YORK
COUNTY OF BRONX**

CHARLTON ADAMS,

Plaintiff,

-against-

HURRICANE EXPRESS, INC., and "JOHN DOE"
(name being fictitious) person more accurately described in complaint herein,

Defendants.

**SUMMONS and VERIFIED COMPLAINT**

Jeffrey S. Stillman
**STILLMAN & STILLMAN, P.C.**
Attorneys for Plaintiff
2622 East Tremont Avenue
Bronx, New York 10461
(718) 828-1400